# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ARMSTRONG, VERNELIS K. | ND OH,WD | 06/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. MAGISTRATE JUDGE (recalled) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1716 SPIELBUSCH AVENUE
ROOM 222 U. S. COURTHOUSE
TOLEDO, OHIO 43604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | MERCY HEALTH PARTNERS |
| 2. | BOARD MEMBER | TOLEDO BAR ASSOCIATION FOUNDATION |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ARMSTRONG, VERNELIS K.** | 06/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC BANK | MORTGAGE ON RENTAL PROPERTY A | K |
| 2. | AMERICAN EXPRESS | CREDIT CARD | J |
| 3. | KEY BANK | CREDIT CARD | J |
| 4. | AMERICAN EXPRESS | CREDIT CARD | J |
| 5. | PNC BANK | MORTGAGE ON RENTAL PROPERTY B | L |
| 6. | BANK OF AMERICA | CREDIT CARD | J |
| 7. | BANK OF AMERICA | CREDIT CARD | J |
| 8. | AMERICAN EXPRESS | CREDIT CARD | J |
| 9. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property A Toledo, Ohio | C | Rent | L | W | | | | | |
| 2. Rental Property B Toledo, Ohio | D | Rent | M | W | | | | | |
| 3. PNC Bank Savings Acct | A | Interest | J | T | | | | | |
| 4. PNC Bank Savings Acct | A | Interest | J | T | | | | | |
| 5. PNC Bank Checking Account | A | Interest | J | T | | | | | |
| 6. ProMedica FCU Saving Acct | A | Interest | J | T | | | | | |
| 7. Drefus Premier Bond Fund | B | Dividend | J | T | | | | | |
| 8. MFS Government Mortgage Fund | C | Dividend | K | T | | | | | |
| 9. VK Us Gov't Fund | A | Dividend | K | T | | | | | |
| 10. Wells Fargo N A | A | Interest | J | T | | | | | |
| 11. Key Bank | A | Int./Div. | J | T | | | | | |
| 12. PNC Checking Acct | A | Interest | J | T | | | | | |
| 13. Gov't Federal Credit Union | D | Interest | J | T | | | | | |
| 14. PNC Bank IRA (cash account) | E | Int./Div. | K | T | | | | | |
| 15. AFLAC Inc com | A | Dividend | J | T | | | | | |
| 16. Air Products & Chemicals Inc com | A | Dividend | J | T | | | | | |
| 17. Analog Devices Inc com | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T Inc com | A | Dividend | J | T | | | | | |
| 19. Automatic Data Processing com | A | Dividend | J | T | | | | | |
| 20. Baxter International Inc com | A | Dividend | J | T | | | | | |
| 21. Becton Dickenson & Co com | A | Dividend | J | T | | | | | |
| 22. Brown-Foreman Corp com | A | Dividend | J | T | Sold | 02/28/12 | | | |
| 23. Chevron Corp com | A | Dividend | J | T | | | | | |
| 24. Chubb Corp com | A | Dividend | J | T | | | | | |
| 25. Clorox co. com | A | Dividend | J | T | | | | | |
| 26. Colgate-Palmolive Co com | A | Dividend | J | T | | | | | |
| 27. Conocophillips Corp com | A | Dividend | J | T | | | | | |
| 28. Eaton Vance Corp com | A | Dividend | J | T | | | | | |
| 29. Emerson Electric Co com | A | Dividend | J | T | | | | | |
| 30. Energen Corp com | A | Dividend | J | T | Sold | 02/26/12 | | | |
| 31. Exxon Mobil Corp com | A | Dividend | J | T | | | | | |
| 32. Factset Research Systems Inc com | A | Dividend | J | T | | | | | |
| 33. General Mills Inc com | A | Dividend | J | T | | | | | |
| 34. General Dynamics Corp com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Grainger W W Inc com | A | Dividend | J | T | | | | | |
| 36. Harris Corp com | A | Dividend | J | T | | | | | |
| 37. Illnois Tool Works Inc com | A | Dividend | J | T | | | | | |
| 38. International Business Machines com | A | Dividend | J | T | | | | | |
| 39. J M Smucker Co com | A | Dividend | J | T | | | | | |
| 40. Johnson & Johnson com | A | Dividend | J | T | | | | | |
| 41. Johnson Controls Inc com | A | Dividend | J | T | | | | | |
| 42. Kellog Co | A | Dividend | J | T | Buy | 02/28/12 | | | |
| 43. McDonalds Corp com | A | Dividend | J | T | | | | | |
| 44. Medtronic Inc com | A | Dividend | J | T | | | | | |
| 45. Microsoft Corp com | A | Dividend | J | T | Buy | 04/18/12 | | | |
| 46. National Fuel Gas Co com | A | Dividend | J | T | | | | | |
| 47. Nextera Energy Inc com | A | Dividend | J | T | | | | | |
| 48. Nordstrom Inc com | A | Dividend | J | T | | | | | |
| 49. Norfolk Sourhern Corp com | A | Dividend | J | T | | | | | |
| 50. Northeast Utilities com | A | Dividend | J | T | | | | | |
| 51. Novartis AG com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Paychex Inc com | A | Dividend | J | T | | | | | |
| 53. Pepsico Inc com | A | Dividend | J | T | | | | | |
| 54. Polaris Inds Inc com | A | Dividend | J | T | | | | | |
| 55. Praxair Inc com | A | Dividend | J | T | | | | | |
| 56. Procter & Gamble Co com | A | Dividend | J | T | | | | | |
| 57. Scana Corp com | A | Dividend | J | T | | | | | |
| 58. Sigma Aldrich Corp com | A | Dividend | J | T | | | | | |
| 59. Sysco Corp com | A | Dividend | J | T | | | | | |
| 60. Target Corp com | A | Dividend | J | T | | | | | |
| 61. Southern Co com | A | Dividend | J | T | | | | | |
| 62. United Technologies com | A | Dividend | J | T | | | | | |
| 63. V F Corp com | A | Dividend | J | T | | | | | |
| 64. Wal-mart Stores Inc com | A | Dividend | J | T | | | | | |
| 65. 3M Co com | A | Dividend | J | T | | | | | |
| 66. Wisconson Energy Corp com | A | Dividend | J | T | Buy | 06/20/12 | | | |
| 67. Wells Fargo Cash | A | Interest | J | T | | | | | |
| 68. Metropolitan Life Ins Co (x) | C | Int./Div. | J | T | Sold | 06/20/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 06/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VERNELIS K. ARMSTRONG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544